15 BJ
#3
Fee Paid

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
## Western District of Pennsylvania

Joshua B. Wise
_Petitioner_

v.                                  Case No. 1:23-cv-187
                                    _(Supplied by Clerk of Court)_
J. Hutchinson
_Respondent_
(name of warden or authorized person having custody of petitioner)

**FILED JUN 20 2023 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA**

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Joshua Blake Wise**
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: **Federal Correctional Institute - McKean**
   (b) Address: **PO Box 8000, Bradford, Pennsylvania 16701**
   (c) Your identification number: **69852-019**

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: **Southern District of Alabama Mobile, Alabama**
   (b) Docket number of criminal case: **1:15-CR-00300-WS-N(1**
   (c) Date of sentencing: **February 2nd 2018**
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☑ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Discipline Hearing Officer Report, Hazelton FCI Bruceton Mills, West Virginia

   (b) Docket number, case number, or opinion number: Incident Report # 3523122

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): 113-DIS GCT 41 DAYS, 113-DS 15 DAYS, 113-LP COMM 180 DAYS, 113-LP VISIT 180 DAYS

   (d) Date of the decision or action: 07-14-2021 at 0925 hrs

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes  ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: FBOP Mid-Atlantic Regional Office

   (2) Date of filing: 09-16-2021

   (3) Docket number, case number, or opinion number: Case # 1095108-R1

   (4) Result: Regional Administrative Remedy Appeal Denied

   (5) Date of result: 10-07-2021

   (6) Issues raised: See (Exhibit B) My BP-10 and the Regional Responce.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8. Second appeal

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☑ Yes     ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: FBOP Central Office/General Counsel, Washington D.C.
(2) Date of filing: 10-21-2021
(3) Docket number, case number, or opinion number: Case Number: 1095108-A1
(4) Result: Central Office Administrative Remedy Appeal Denied
(5) Date of result: 01-05-2022
(6) Issues raised: See (Exhibit C) My BP-11 and the responce from Central Office.

(b) If you answered "No," explain why you did not file a second appeal:

9. Third appeal

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:
(2) Date of filing:
(3) Docket number, case number, or opinion number:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: I took it as far as I could with the FBOP'S Admin Remedy Process, so now that I've exhausted All My Remedys I seek further Relief in the Form of 28 U.S.C. 2241

10. Motion under 28 U.S.C. § 2255

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☑ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.    Appeals of immigration proceedings

Does this case concern immigration proceedings?

☐ Yes    ☑ No

If "Yes," provide:

(a)    Date you were taken into immigration custody:

(b)    Date of the removal or reinstatement order:

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☑ No

If "Yes," provide:

(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result:
(5) Date of result:
(6) Issues raised:

12. Other appeals

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**

The Disciplinary Hearing Officer (DHO) failed to consider any evidence regarding the reliability of the NIK drug tests.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The DHO failed to consider any conflicting evidence that the Petitioner presented at the disciplinary hearing. (See attached memorandum of law in support of this petition)

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes      ☐ No

**GROUND TWO:** Bureau of Prisons staff failed to follow procedures and failed to certify the accuracy of the related reports.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The incident report was not signed at all by BOP staff and no staff members certified to the accuracy of the report, nor did they testify at the disciplinary hearing. (See attached memorandum of law in support of this Petition.)

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes      ☐ No

**GROUND THREE:** The sanctions imposed by the Bureau of Prisons were excessively harsh.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
As a result of the disciplinary hearing, the Bureau of Prisons sanctioned the Petitioner with the loss of 41 days of good conduct time credits and the loss of 1-year of First Step Act time credits, for a total loss of nearly 400 days. See attached memorandum of law in support of this Petition)

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes      ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** ~~X~~

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: I Want the Incident Report to be expunged from My Disipilinary Record. I also Want the Loss of My 41 Days of Good Time to be Reinstated, and I Would like the DHO's decision Reversed.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: __6-13-2023__    _[signature]_ Joshua Blake Wise

*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*